USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/04/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
MARJAN INTERNATIONAL CORP,

                              Plaintiff,

         -against-

                                                22-CV-3135 (VEC)

SARA'S ORIENTAL RUGS LLC, SAM
RAMAZANI AND SARA RAMAZANI,           ORDER

                             Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 4, 2022, Plaintiff appeared before the Court to move for a default judgment;

      IT IS HEREBY ORDERED that for the reasons stated at the hearing, Plaintiff's motion for default judgment is DENIED without prejudice.

      IT IS FURTHER ORDERED that Plaintiff is granted leave to amend its Complaint to address the deficiencies discussed at the hearing not later than **Friday, November 18, 2022**. Plaintiff must serve any Amended Complaint on Defendants, and post proof of service on the docket, not later than **Tuesday, November 22, 2022**.

**SO ORDERED.**

Date: November 4, 2022
      New York, New York

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**