USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
MARJAN INTERNATIONAL CORP,

                Plaintiff,

-against-

SARA'S ORIENTAL RUGS LLC, SAM
RAMAZANI AND SARA RAMAZANI,

                Defendants.
------------------------------------------------------------- X

22-CV-3135 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 4, 2022, the Court denied Plaintiff's motion for default judgment without prejudice and granted Plaintiff leave to amend its complaint, *see* Dkt. 38;

WHEREAS on November 18, 2022, Plaintiff filed an Amended Complaint, *see* Dkt. 39;

WHEREAS on November 18, 2022, Plaintiff served the Summons and Amended Complaint on Defendants, *see* Dkts. 40–42;

WHEREAS Defendants' deadline to answer or move to dismiss the Amended Complaint was December 9, 2022, *see* Fed. R. Civ. P. 12(a); and

WHEREAS to date, Defendants have neither answered nor moved to dismiss the Amended Complaint;

IT IS HEREBY ORDERED that Plaintiff must apply for a certificate of default as to each Defendant not later than **Friday, January 6, 2023**. Once the certificates are issued, Plaintiff must move for default judgment not later than **14 days** from the issuance of the certificates.

**SO ORDERED.**

Date: **December 22, 2022**
      **New York, New York**

                                               **VALERIE CAPRONI**
                                            **United States District Judge**