USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
MARJAN INTERNATIONAL CORP, :
:
                         Plaintiff, :
       -against- :
: 22-CV-3135 (VEC)
SARA'S ORIENTAL RUGS LLC, SAM :
RAMAZANI AND SARA RAMAZANI, : DEFAULT JUDGMENT
: ORDER
:
                        Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff Marjan International Corp. commenced this action on April 15, 2022, *see* Compl., Dkt. 1, and Defendants Sara's Oriental Rugs LLC, Sam Ramazani, and Sara Ramazani were served on April 22, 2022, *see* Dkts. 11–13;

    WHEREAS Returns of Service were filed with this Court on April 29, 2022, *see id.*;

    WHEREAS Plaintiff filed an Amended Complaint on November 18, 2022, *see* Am. Compl., Dkt. 39, and Defendants were served on November 18, 2022, *see* Dkts. 40–42;

    WHEREAS Affidavits of Service by mail of the Amended Complaint were filed on November 18, 2022, *see id.*;

    WHEREAS to date, none of the Defendants has answered, moved or otherwise plead with respect to the Complaint or the Amended Complaint, and no extension of time to do so has been granted; and

    WHEREAS Plaintiff has moved for a default judgment against all of the Defendants and supported its motion with the Affidavit of Bennett H. Last, sworn to on January 18, 2023, and

the exhibits annexed thereto, *see* Dkts. 49–50;

IT IS HEREBY ORDERED that judgment be entered in favor of Plaintiff, Marjan International Corp., and against the above-named Defendants, jointly and severally, in the following amounts:

a. $35,404 for the rugs Defendants sold but did not pay for, with interest to be calculated on the proceeds of those sales due to Plaintiff as set forth below:

  i. 9% interest from March 2, 2017 through the date of judgment on $5,878;

  ii. 9% interest from December 23, 2017 through the date of judgment on $3,315;

  iii. 9% interest from May 18, 2018 through the date of judgment on $7,184;

  iv. 9% interest from May 26, 2018 through the date of judgment on $2,450;

  v. 9% interest from November 28, 2020 through the date of judgment on $13,379;

  vi. 9% interest from October 13, 2016 through the date of judgment on $2,900.

b. 9% interest on $76,338 (the value of consigned rugs that were not promptly returned to Plaintiff when a demand was made) from November 27, 2021 until July 7, 2022; and

c. Contractually-agreed cost of collection of $27,861.

The Clerk of Court is respectfully directed to close the case.

Dated: New York, New York

   February 10, 2023

                                          _____
                                                    U.S.D.J.