UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MARJAN INTERNATIONAL CORP,

                Plaintiff,

                22 **CIVIL** 3135 (VEC)

    -against-                **DEFAULT JUDGMENT**

SARA'S ORIENTAL RUGS LLC, SAM
RAMAZANI AND SARA RAMAZANI,
                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated February 10, 2023, judgment is entered in favor of Plaintiff, Marjan International Corp., and against the above-named Defendants, jointly and severally, in the following amounts: a. $35,404 for the rugs Defendants sold but did not pay for, with interest to be calculated on the proceeds of those sales due to Plaintiff as set forth below: i. 9% interest from March 2, 2017 through the date of judgment on $5,878, in the amount of $3,150.93; ii. 9% interest from December 23, 2017 through the date of judgment on $3,315, in the amount of $1,535.07; iii. 9% interest from May 18, 2018 through the date of judgment on $7,184, in the amount of $3,068.06; iv. 9% interest from May 26, 2018 through the date of judgment on $2,450, in the amount of $1,041.48; v. 9% interest from November 28, 2020 through the date of judgment on $13,379, in the amount of $2,662.24; vi. 9% interest from October 13, 2016 through the date of judgment on $2,900, in the amount of $1,654.67. b. 9% interest on $76,338 (the value of consigned rugs that were not promptly returned to Plaintiff when a demand was made) from November 27, 2021 until July 7, 2022, in the amount of $4,178.72; and c. Contractually-agreed cost of collection of $27,861; accordingly, the case is closed.

**DATED**: New York, New York
        February 1335404., 2023

                                    **RUBY J. KRAJICK**

                                    **Clerk of Court**

                **BY:**  *K. Mango*
                                    **Deputy Clerk**